Gernatt v Gregoire (2023 NY Slip Op 04904)

Gernatt v Gregoire

2023 NY Slip Op 04904

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: LINDLEY, J.P., BANNISTER, MONTOUR, AND OGDEN, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (111/23) CA 22-00606.

[*1]CODY RAY GERNATT, PLAINTIFF-APPELLANT,
v
MICHAEL W. GREGOIRE, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.